UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
YANHUA SUN, et al.,

                     Plaintiffs,

  -against-

MICHAEL CHERTOFF, et al.,

                     Defendants.
-----------------------------------------------------------------X

JUDGMENT
08-CV-3161 (JG)

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y
★ NOV 2 4 2008 ★
P.M. _____
TIME A.M. _____

      An Order of Honorable John Gleeson, United States District Judge, having been filed on November 21, 2008, dismissing the action and all claims arising therefrom with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure; and ordering that each party is to bear its own costs, fees, including attorney's fees, and disbursements; it is

      ORDERED and ADJUDGED that the action and all claims arising therefrom are dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure; and that each party is to bear its own costs, fees, including attorney's fees, and disbursements.

Dated: Brooklyn, New York
       November 24, 2008

                                              ROBERT C. HEINEMANN
                                              Clerk of Court

                                             By s/Terry Vaughn
                                             Chief Deputy